IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE APPLICATION :
OF THE UNITED STATES OF AMERICA :
FOR A SEARCH OF CERTAIN PREMISES : 1:22MJ27-1
IN MEBANE, NORTH CAROLINA :

ORDER

The government having moved that the search warrant materials filed in this case be sealed and the court being apprised of the reasons therefor, IT IS HEREBY ORDERED that the search warrant materials be sealed until further order of the court.

The Court has inherent authority to order the sealing of a search warrant affidavit. Baltimore Sun Co. v. Goetz, 886 F.2d 60, 64 (4th Cir. 1989).

On the ex parte showing before the court, the court considers that the government has made a prima facie showing that justifies sealing the search warrant materials and modification of the case caption.

The search warrant materials and the government's supplement to the motion to seal shall be placed under seal by the clerk and the case caption shall be modified as to the motion and order.

JOE L. WEBSTER
UNITED STATES MAGISTRATE JUDGE

Date: February 7, 2022